UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATASHA HARMUTH, | : |
| Plaintiff, | : |
| v. | |
| SOLOMON & SOLOMON, P.C, | : CIVIL ACTION NO. 11-cv-6940 |
| Defendant. | : JURY TRIAL IS DEMANDED. |

**PRAECIPE TO DISMISS**

To the Clerk:

Plaintiff requests the above captioned action be dismissed in accordance with F.R.Civ.P. 41(a), subject to the Court's approval.

By:  /s/Robert P. Cocco
     Robert P. Cocco, Esquire
     Attorney for Plaintiff

Dated: January 12, 2012

Ordered and Approved by the Court:

_____
**HONORABLE Stewart Dalzell
UNITED STATES DISTRICT JUDGE**

<u>Certificate of Service</u>

  I, Robert P. Cocco, counsel for Plaintiff, hereby certify that I filed the foregoing Praecipe to Dismiss electronically and that all parties have been served via ECF email.

Dated: January 23, 2012         <u>/s/ Robert P. Cocco</u>