UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
JAN 23 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

NATASHA HARMUTH, :
        Plaintiff, :

v.

SOLOMON & SOLOMON, P.C, : CIVIL ACTION NO. 11-cv-6940

        Defendant. : JURY TRIAL IS DEMANDED.

### PRAECIPE TO DISMISS

To the Clerk:

Plaintiff requests the above captioned action be dismissed in accordance with F.R.Civ.P. 41(a), subject to the Court's approval.

By: /s/Robert P. Cocco
     Robert P. Cocco, Esquire
     Attorney for Plaintiff

Dated: January 12, 2012

**Ordered and Approved by the Court:**

_____
**HONORABLE Stewart Dalzell**
**UNITED STATES DISTRICT JUDGE**